No. 01–595. UNITED STATES *v.* RUIZ. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1074.] Motion for appointment of counsel granted, and it is ordered that Steven F. Hubachek, Esq., of San Diego, Cal., be appointed to serve as counsel for respondent in this case.

No. 01–863. FIN CONTROL SYSTEMS PTY, LTD. *v.* SURFCO HAWAII. C. A. Fed. Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 01–7490. IN RE RAMON;
No. 01–7502. IN RE VERTIN;
No. 01–7556. IN RE SMITH; and
No. 01–7923. IN RE ERDHEIM. Petitions for writs of habeas corpus denied.

No. 01–7900. IN RE GREEN. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 01–771. IN RE MCBETH-LARRY. Petition for writ of mandamus and/or prohibition denied.

No. 01–618. ELDRED ET AL. *v.* ASHCROFT, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari granted.

No. 01–729. OTTE ET AL. *v.* DOE ET AL. C. A. 9th Cir. Certiorari granted.

No. 01–757. SYNGENTA CROP PROTECTION, INC., ET AL. *v.* HENSON. C. A. 11th Cir. Certiorari granted.

No. 01–896. FORD MOTOR CO. ET AL. *v.* MCCAULEY ET AL. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petition.